# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilise Marcus, | No. CV-23-00332-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Heartland Retirement Group Investments LLC, et al., | |
| Defendants. | |

On January 25, 2024, the Parties filed a Stipulation to Stay Matter Pending Completion of Contractual Mediation and Arbitration (Doc. 36). That stipulation was granted the same day (Doc. 37). In that Order (Doc. 37), the parties were ordered to file a status report every ninety days while mediation and arbitration are pending. No status report has been filed.

Therefore,

**IT IS ORDERED** the requirement for status reports is **VACATED** and the Clerk of Court is directed to administratively close this case, whereupon, by proper motion from a party, it may be reopened or dismissed with prejudice.

Dated this 1st day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge